Certificate Number: 20476-NJ-DE-041071708

Bankruptcy Case Number: 26-15212



20476-NJ-DE-041071708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2026, at 4:09 o'clock PM EDT, Lily Bendezu completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 8, 2026                          By:      /s/Scott E Kehiaian

Name:   Scott E Kehiaian

Title:   TEN Representative