Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  26–15212–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lily Bendezu
fka Martha Lily Bendezu
81 Gordon Avenue
Totowa, NJ 07512

Social Security No.:
   xxx–xx–1798

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/7/2026 and a confirmation hearing on such Plan has been scheduled for 8/13/2026.

The debtor filed a Modified Plan on 7/29/2026 and a confirmation hearing on the Modified Plan is scheduled for 9/10/2026 at 9:45 AM. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 29, 2026
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 26-15212-JKS |
|---|---|
| Lily Bendezu | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: 186 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lily Bendezu, 81 Gordon Avenue, Totowa, NJ 07512-2104 |
| 521207196 | + | Accu Reference Medical, 1901 E Linden Ave #12, Linden, NJ 07036-1195 |
| 521207197 | + | Alan Kamel, Esq., 1207 East Grand Street, Elizabeth, NJ 07201-2319 |
| 521252672 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 521207198 | + | Bureau of Housing Inspection, Box 810, Trenton, NJ 08625-0810 |
| 521207199 | + | City of Totowa, 537 Totowa Road, 1st Floor, Totowa, NJ 07512-2011 |
| 521207204 | + | Meta Surgical Assoc, Box 337, Park Ridge, NJ 07656-0337 |
| 521212974 | + | Meta Surgical Associates, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 521207208 | + | Sportsmed Phys Therapy, 266 Harristown Road, Glen Rock, NJ 07452-3321 |
| 521219636 | + | Sportsmed Physical Therapy, Law Office of Martin M. Glazer, 1207 East Grand Street, Elizabeth, NJ 07201-2319 |
| 521207212 | | US Bank Cust For PRO CAP 8/PRO, PO Box 1950, Saint Paul, MN 55101-0950 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2026 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2026 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521207196 | + | Email/Text: francesca@accureference.com | Jul 29 2026 21:02:00 | Accu Reference Medical, 1901 E Linden Ave #12, Linden, NJ 07036-1195 |
| 521211941 | + | Email/Text: famc-bk@1stassociates.com | Jul 29 2026 21:02:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 521295875 | + | Email/Text: bankruptcy@cavps.com | Jul 29 2026 21:02:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521207200 | + | Email/Text: bankruptcy_notices@freddiemac.com | Jul 29 2026 21:01:00 | Federal Home Loan Mortg. Co., 8200 Jones Branch Drive, Mc Lean, VA 22102-3107 |
| 521207201 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jul 29 2026 21:01:00 | Fein Such Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 521207202 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2026 21:01:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 521216707 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2026 21:02:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521207203 | ^ | MEBN | Jul 29 2026 20:56:34 | KML Law Group, P.C., 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 521207205 | | Email/Text: Bankruptcy@mjrf.com | Jul 29 2026 21:01:00 | Mullooly Jeffrey, Rooney & Flynn, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791 |
| 521207206 | + | Email/Text: bankruptcy@rubinrothman.com | | |

| | | Jul 29 2026 21:01:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, Box 9003, Islandia, NY 11749-1500 |
| 521235416 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 29 2026 21:02:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 521239206 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Jul 29 2026 21:01:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 521207209 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Jul 29 2026 21:01:00 | Spring Oaks Capital, LLC, Box 1216, Chesapeake, VA 23327 |
| 521207210 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jul 29 2026 21:01:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 521207207 | + Email/Text: DeftBkr@santander.us | | |
| | | Jul 29 2026 21:02:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 521296212 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jul 29 2026 21:02:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 521267712 | Email/Text: bankruptcy@mtabt.org | | |
| | | Jul 29 2026 21:02:00 | Triborough Bridge and Tunnel Authority, 2 Broadway Floor 24, New York, NY 10004 |
| 521207211 | Email/Text: bankruptcy@unifund.com | | |
| | | Jul 29 2026 21:01:00 | Unifund, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521207680 | | Sonja Simpson |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Ralph A Ferro, Jr | on behalf of Debtor Lily Bendezu ralphferrojr@msn.com  bknotices@outlook.com |
| U.S. Trustee | |

District/off: 0312-2                                     User: admin                                     Page 3 of 3
Date Rcvd: Jul 29, 2026                                  Form ID: 186                                    Total Noticed: 30

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4