Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−15212−TBA
Chapter: 13
Judge: CHRISTINE M GRAVELLE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lily Bendezu
fka Martha Lily Bendezu
81 Gordon Avenue
Totowa, NJ 07512

Social Security No.:
xxx−xx−1798

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 11, 2026.

Dated: September 11, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-15212-TBA
Lily Bendezu Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 11, 2026 Form ID: plncf13 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lily Bendezu, 81 Gordon Avenue, Totowa, NJ 07512-2104 |
| 521207197 | + | Alan Kamel, Esq., 1207 East Grand Street, Elizabeth, NJ 07201-2319 |
| 521252672 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 521207198 | + | Bureau of Housing Inspection, Box 810, Trenton, NJ 08625-0810 |
| 521207199 | + | City of Totowa, 537 Totowa Road, 1st Floor, Totowa, NJ 07512-2011 |
| 521207204 | + | Meta Surgical Assoc, Box 337, Park Ridge, NJ 07656-0337 |
| 521212974 | + | Meta Surgical Associates, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 521207208 | + | Sportsmed Phys Therapy, 266 Harristown Road, Glen Rock, NJ 07452-3321 |
| 521219636 | + | Sportsmed Physical Therapy, Law Office of Martin M. Glazer, 1207 East Grand Street, Elizabeth, NJ 07201-2319 |
| 521207212 | | US Bank Cust For PRO CAP 8/PRO, PO Box 1950, Saint Paul, MN 55101-0950 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2026 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2026 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521207196 | + | Email/Text: francesca@accureference.com | Sep 11 2026 21:37:00 | Accu Reference Medical, 1901 E Linden Ave #12, Linden, NJ 07036-1195 |
| 521211941 | + | Email/Text: famc-bk@1stassociates.com | Sep 11 2026 21:37:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 521295875 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2026 21:37:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521207200 | + | Email/Text: bankruptcy_notices@freddiemac.com | Sep 11 2026 21:35:00 | Federal Home Loan Mortg. Co., 8200 Jones Branch Drive, Mc Lean, VA 22102-3107 |
| 521207201 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Sep 11 2026 21:36:00 | Fein Such Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 521207202 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2026 21:36:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 521216707 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2026 21:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521207203 | ^ | MEBN | Sep 11 2026 21:35:07 | KML Law Group, P.C., 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 521207205 | | Email/Text: Bankruptcy@mjrf.com | Sep 11 2026 21:36:00 | Mullooly Jeffrey, Rooney & Flynn, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791 |
| 521207206 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 11 2026 21:36:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 32, Box 9003, Islandia, NY 11749-1500 |
| 521235416 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 11 2026 21:37:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 521239206 | | Email/Text: bankruptcy@springoakscapital.com | Sep 11 2026 21:35:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 521207209 | | Email/Text: bankruptcy@springoakscapital.com | Sep 11 2026 21:35:00 | Spring Oaks Capital, LLC, Box 1216, Chesapeake, VA 23327 |
| 521207210 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 11 2026 21:36:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 521207207 | + | Email/Text: DeftBkr@santander.us | Sep 11 2026 21:37:00 | Santander Bank, 450 Penn Street, Reading, PA 19602-1011 |
| 521296212 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2026 21:38:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 521267712 | | Email/Text: bankruptcy@mtabt.org | Sep 11 2026 21:37:00 | Triborough Bridge and Tunnel Authority, 2 Broadway Floor 24, New York, NY 10004 |
| 521207211 | | Email/Text: bankruptcy@unifund.com | Sep 11 2026 21:36:00 | Unifund, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521207680 | | Sonja Simpson |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Ralph A Ferro, Jr | on behalf of Debtor Lily Bendezu ralphferrojr@msn.com bknotices@outlook.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4