**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Order Filed on October 9, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973) 200-0988
Attorney for Debtor
Lily Bendezu

| | |
|---|---|
| In Re: | ) Case No.: 26-15212 (TBA) |
| | ) |
| | ) Chapter: 13 |
| **Lily Bendezu** | ) |
| | ) Judge: TBA |
| | ) |
| | ) Hearing Date: 10/8/26 @ 10:00 a.m. |
| Debtor | ) |

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 9, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$7,682.50** for services rendered and expenses of **$115.09** for a total of **$7,797.59.** The allowance shall be payable:

__**x**__ through the Chapter 13 Plan as an administrative priority.

__**x**__ Plan Payments will increase;

$7,797.59 less $5,000.00 = $2,797.59

Current Plan payments are: $2,200.00

Beginning October 1, 2026, Plan payments increase to $2,256.00

Beginning July 1, 2028, Plan payments increase to $2,956.00